COLLINS
*vs.*
NICHOLS &
AL.

inconvenience, in which he had been compelled to place himself, by the error of the judge.

IN the case in *Dallas*, the *non pros.* was set aside on terms, acceded to by the party moved against.

IN the case out of *Cowper*, the Court of King's Bench was of opinion that Mr. Sergeant Sayer, who had tried the cause, had erroneously held that the plaintiffs could not bring the action in their own names—and thereupon the nonsuit was set aside.

THERE being no case within the knowledge of the Court, in which a nonsuit suffered by a plaintiff, through his own neglect, or the unskilfulness or mistake of his counsel, was ever set aside; and the cases cited by the defendant's counsel, especially those out of Haywood, referring to instances in which the bench erred—the Court, however unwilling to see the plaintiff turned round and compelled to bring a new action, must say that the nonsuit ought not to be set aside.

MOTION DENIED.

———◄ ✳ ►———

## GUIDERY vs. GUIDERY.

On a decree for the wife, a sale will not be ordered *ex parte.*

ALIMONY. After a decree for the wife, *Morse* moved that the property distrained, should be sold to satisfy her claim.

*By the Court.*   This cannot be ordered with- <span style="float:right">Spring 1812.<br>V. District.</span>
out notice to the husband.

*Johnson* for the defendant.

GUIDERY<br>vs.<br>GUIDERY.

———◦❖◦———

### BROUSSART vs. TRAHAN & AL.

THE petition stated that the plaintiff bought a    *If plea be*
tract of land, from the defendants' ancestor, and *overruled, no*
that they had dispossessed him.   He claimed a *trial can be had, till an-*
restoration of the land, or damages.    *swer filed.*

THE defendants pleaded that they were not
bound to answer, because the matter had been
settled in a suit, determined in New-Orleans at a
former term.

*The Court*, MATHEWS, *J. alone*, had over-
ruled the plea and ordered the cause to be con-
tinued.

THE cause being called, it appeared there was
no answer filed.

*Porter*, for the plaintiffs.   The cause ought to
be tried : nothing remains but to assess the da-
mages.

*Lewis*, for the defendants.   The plea having
been overruled, the suit remains to be tried on the
merits.   It cannot be tried without an issue be